(December 21, 1990)

■ In the Matter of GERALD G. KRAMER for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Gerald G. Kramer, reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Yesawich, Jr., and Mercure, JJ., concur.